IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY L. FOOTS, JR.
ADC #153919                                                                                    PLAINTIFF

v.                                  No. 5:15-cv-235-DPM

CANDANCE TYSON, Parole Officer,
Department of Community Correction; and
KANDY POOLE, Parole Supervisor,
Department of Community Correction                                          DEFENDANTS

## JUDGMENT

Foots's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

10 August 2015